13 So.2d 894

**Charley DAVIS v. SLOSS–SHEFFIELD STEEL & IRON CO.**

6 Div. 743.

Supreme Court of Alabama.
April 20, 1943.

Wm. D. Denson, of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

11 So.2d 878

**J. T. DODSON v. Ira DAVIS, as Sheriff.**

7 Div. 725.

Supreme Court of Alabama.
Jan. 14, 1943.

John R. Robinson, of Gadsden, for appellant.

Embry & Weaver, of Pell City, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

13 So.2d 894

**Talmadge Lee GILMORE, pro aml. v. Ethelyn TEMERSON.**

6 Div. 17.

Supreme Court of Alabama.
April 20, 1943.

PER CURIAM.

Appeal dismissed, want of prosecution.

14 So.2d 910

**Roy HALL v. STATE.**

8 Div. 208.

Supreme Court of Alabama.
May 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed.

13 So.2d 894

**Okie HARRIS v. COVINGTON COUNTY.**

4 Div. 288.

Supreme Court of Alabama.
April 15, 1943.

Powell & Fuller, of Andalusia, for appellant.

Frank J. Mizell, Jr., of Andalusia, for appellee.

PER CURIAM.

Appeal dismissed.

13 So.2d 894

**Dan S. MARTIN v. Zoe R. MARTIN.**

6 Div. 106.

Supreme Court of Alabama.
April 12, 1943.

Erle Pettus, of Birmingham, for appellant.

Memory Robinson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.